NUMBER 13-05-347-CV
 
COURT OF APPEALS
 
THIRTEENTH DISTRICT OF TEXAS
 
CORPUS CHRISTI - EDINBURG

_______________________________________________________ 
 
IN RE EUROPEAN MOTORCYCLE CORPORATION, AG
AND HARALD STAUDER
________________________________________________________ 
 
On Petition for Writ of Mandamus 
_______________________________________________________ 

 MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Per Curiam Memorandum Opinion

            On May 27, 2005, relators, European Motorcycle Corporation AG and Harald
Stauder, filed a petition for writ of mandamus and a motion for emergency stay in the
above cause. The Court granted the motion for emergency stay. The real parties-in-interest subsequently filed an Emergency Motion to Vacate Stay. Upon review, the Court
lifted the stay. 
          On May 31, 2005, the real parties-in-interest filed a response to relator’s petition for
writ of mandamus. Having reviewed the petition and response, this Court is of the opinion
that relator’s petition for writ of mandamus should be denied.
          Accordingly, petitioner’s writ of mandamus is denied. 
                                                                        PER CURIAM

Memorandum Opinion delivered and filed
this 31st day of May, 2005.